**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7614**

ANGELO HAM,

                 Plaintiff – Appellant,

      v.

NORA CHANDLER, Deputy Clerk of Court; LARRY PROPES, Clerk of
Court,

                 Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  J. Michelle Childs, District
Judge. (6:10-cv-02020-JMC)

Submitted: February 28, 2011        Decided:  March 9, 2011

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angelo Ham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Ham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ham v. Chandler</u>, No. 6:10-cv-02020-JMC (D.S.C. Nov. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>